RECEIVED

SEP 2 2 2025

BY MAIL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
_Northern_ DIVISION

James Kwmae' Battee

*(Write the full name of the plaintiff in this action.*
*Include prisoner registration number.)*

v. Trevor Foley
Clay Stanton
Damian Austin

*(Write the full name of each defendant. The caption*
*must include the names of **all** of the parties.*
*Fed. R. Civ. P. 10(a). Merely listing one party and*
*writing "et al." is insufficient. Attach additional*
*sheets if necessary.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: _____
(to be assigned by Clerk of District Court)

Plaintiff Requests Trial by Jury

[X] Yes      [ ] No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

## I.    The Parties to this Complaint

### A.    The Plaintiff

Name: James Kwmae' Battee

Other names you have used: None

Prisoner Registration Number: 1179364

Current Institution: South Central Correctional Center
255 w highway 32
Licking, MO 65542

Indicate your prisoner status:

☐ Pretrial detainee                    ☒ Convicted and sentenced state prisoner

☐ Civilly committed detainee           ☐ Convicted and sentenced federal prisoner

☐ Immigration detainee                 ☐ Other (explain): _____

### B.    The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

### Defendant 1

Name: Trevor Foley

Job or Title: Director of DOC

Badge/Shield Number: N/A

Employer: Department of Corrections

Address: 2729 plaza dr Jefferson City MO 65102
PO Box 236

☒ Individual Capacity          ☒ Official Capacity

**Defendant 2**

Name: Clay Stanton

Job or Title: Warden

Badge/Shield Number: N/A

Employer: Department of Corrections

Address: 13698 Airport rd Bowling Green, MO 63334

~~Individual Capacity~~    ~~Official Capacity~~

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

       1.     What happened to you?
       2.     When did it happen?
       3.     Where did it happen?
       4.     What injuries did you suffer?
       5.     What did each defendant personally do, or fail to do, to harm you?

# Defendant 3

Name : Damian Austin
Job : Captin / Shift Commander
Badge #: N/A
Employer: Department of Corrections
Address : 13698 Airport rd Bowling Green, MO 63334

X individual Capacity   X offical Capacity

Pg 1

# Claim

- On June 7 2023 at approximatly 5:30 pm, I was in b side gym participating in a extra caricular activity called "**Insanity** work out".

- After we were done with the work out we were told to stay in the gym that our housing unit was being searched.

- At that time all the other people from my housing unit was brought to the gym.

- While waiting for the search to be done another inmate started fighting with staff.

- Once staff had him restrained they started beating him.

- When they saw everybody watching them they told us to get further back and to get on our knees.

- I made my way to the back of the gym, attempting to stay far away from this situation.

- Then a sargent came over to me and told me that I was going to the hole.



- I asked for his next in command and he called the defendant Austin over.

- Note: (as he approached me he already had his mase out, even though when extra staff came in, they already regained control over the situation).

- I was familiar with Defendant Austin already, being he was the only black man in power.

- (He was shift commander).

- — Misuse of force —

- The defendant (Austin) walked over with his mase can out and told me to "get up and come here".

- I complied, As I walked over to the defendant Austin I began to explain how I did nothing wrong.

- The defendant Austin then proceeded to tell me "shut the fuck up".

- I still tried to explaine. The defendant then said "say somthing eles".

- I did. I said "somthing eles". and was mased.



- After being mased I was tring to recover and figure out what was going on at the same time.

- Once I was able to see, I saw a fist and then I was knocked unconscious by the defendant.

- I was then awakend by multiple Corrections Officers on top of me saying stop resisting.

- they proceeded to twist my wrist and ankles while having their knees in my kneck and back.

- This puts all parties involved in violation of Departments use of force policy. (See attachment A).

- Note: the incident at hand was recorded on servalnce camras.

- I was then forced to walk while still in and out of consciousness.

        — Denial of Medical Care —
- when taken to the hole I was sat on a bench.

- A nurse took my vitals and asked what was wrong?



    a.   If there is an indication or reason to believe that physical injury or restriction of blood flow has taken place an incident report shall be completed to include a medical assessment and photos of injuries. If an injury is noted, the incident will then be treated as a use of force.

  4.  A medical assist is not considered a use of force.

    a.   Incidents of medical assists shall be documented on the report of incident form and provided to the chief of custody.

B.  STAFF MEMBER TRAINING

  1.  Staff members shall receive initial training related to use of force issues and security equipment during basic training, and at other times as described in department procedures regarding training. Staff who have not been trained in the use of security equipment are prohibited from utilizing the security equipment until they are properly trained.

  2.  Staff members involved in the review committee process must have previously attended use of force training.

C.  STAFF MEMBER ACTIONS PRIOR TO INITIATING A USE OF FORCE:

  1.  Prior to using force, if time and circumstances permit, staff members should attempt to counsel the offender, advising him[1] that force shall be used if necessary. A visual recording should be made of the attempt to counsel the offender.

    a.   The offender should have the opportunity to comply with verbal orders without physical force being used unless a staff member determines that the offender is posing an immediate security risk, such as offering violence to a staff member, offering violence to an offender, or there is an immediate need to secure the offender for his safety or the safety of others.

    b.   If attempts are unsuccessful, a custody supervisor shall be notified and the crisis intervention team (CIT) member(s) shall be activated to attempt to deescalate the situation.

  2.  When time and circumstances permit, the shift supervisor should contact a medical staff member to determine if the offender has any medical conditions, such as but not limited to respiratory problems, pregnancy, recent surgeries, or open wounds, which would not allow the use of chemical agents or electronic stun devices.

    a.   This information shall be provided in accordance with institutional services procedures regarding health services records.

    b.   In instances where the use of chemical agents or pepper spray may be used in a confined area, such as a cell, and it is reasonably anticipated that a secondary offender may receive collateral exposure, the shift supervisor or designee should also have a nursing staff member determine if the secondary offender has a medical condition which would not allow the use of chemical agents.

    c.   All security equipment shall only be used in accordance with the department training and/or department guideline for that equipment.

D.  USE OF FORCE CONTINUUM

---

[1] All references in this procedure to the male gender are used for convenience only and shall be construed to include both male and female genders.

- I told him that my head hurt, my wrist were numb, and my ribs hurt to the point of being in pain when I breath.

- I had no significant follow ups.

### - Denial of due process -

- The next morning while in ad-seg (the hole) at approximately 6:30am a investigator named Hartwig came to talk to me about the incident.

- Hartwig told me I should take accountability for what happend so I can get out of the hole.

- I refused I was then left in the hole for three months for messed up papper work.

- (Attachment B) is a copy of my violation the dates were wrong. They put the violation in the system as if it occured on May 25 when it happened on June 7. They were supposed to catch that.

- But insted staff used that as a way to detain me wrongfully.

*attachment*

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**CONDUCT VIOLATION REPORT**

*wrong — date*

| DATE | TRACKING NUMBER |
|---|---|
| 5/25/2022 | |

| INSTITUTION | OFFENDER NAME | DOC NUMBER | ASSIGNMENT | HOUSING UNIT |
|---|---|---|---|---|
| NECC | Battee James | 1179364 | L-21 | 3A-205 |

| PRIMARY RULE VIOLATION NUMBER & DEFINITION | SECONDARY RULE VIOLATION NUMBER | VICTIM(S): |
|---|---|---|
| 20.1 | 19.1 | ☐ YES ☒ NO |

NAMES AND ID NUMBER(S) OR DOC NUMBER(S) (THIS INCLUDES NAMES OF STAFF MEMBERS, OFFENDERS, VISITORS, ETC.)

*Right date*

| AT | TIME 5:55 ☐ AM ☒ PM | DAY Wednesday | DATE 5/7/2023 | BUILDING, COMPLEX, ROOM 013-002-00114 |
|---|---|---|---|---|

**THE FOLLOWING EVENTS OCCURRED**
(Include disposition of any evidence, property or contraband involved, and any immediate action taken. Field will expand for amount of text entered.)

On the above date and approximate time this reporting officer was in A-Rec conducting walk around while housing unit three h was being searched. I heard another officer loudly giving Offender Batte James # 1179364 directives and stand up and to come to with him all directives were refused. I then gave Offender Battee multiple directives to stand up and comply to the directives his response was " What if I don't! in an aggressive manner. thus causing a Use of Force.

This placed Offender Battee James # 1179364 in violation of rule # 20.1 Failing to comply with a written or verbal order or instruction of any staff member.
19.1: Any action on the part of one or more offenders that threatens the custody, control or security of the institutiion.

| SIGNATURE OF REPORTING STAFF MEMBER | PRINT NAME | TITLE | STAFF MEMBER I.D. NO. |
|---|---|---|---|
| #14425 | D. Austin | CSI | 144691 |

**OFFENDER RIGHTS - STAFF MEMBER MUST READ THE FOLLOWING TO THE OFFENDER**

1. You have the right to written notice of the alleged violation prior to a hearing.
2. You have the right to a hearing.
3. You may be allowed to present documentary evidence at the hearing.
4. Witnesses may be allowed.
5. You have the right to the written findings and decision.
6. You have the right to appeal the decision as set forth in D5-3.2 Offender Grievance Procedure.

| REPORT OF JOINT INTERVIEW BY INTERVIEWING STAFF MEMBER (document offer of, use of, or refusal of an interpreter - field will expand for amount of text) | TIME 10:5 ☐ AM ☒ PM | DATE 6.7.23 |
|---|---|---|

*Right date*

Refused to Participate MH

| WITNESS REQUESTED ☐ YES ☒ NO IF "YES," COMPLETE WITNESS REQUEST FORM (MO 931-0259) | INFORMAL SANCTIONS: ☐ YES ☒ NO |
|---|---|
| ☐ Read Statement of Rights (MO 931-2539) to offender | |

I UNDERSTAND MY RIGHTS AND HAVE RECEIVED A COPY OF THIS CONDUCT VIOLATION REPORT.

| OFFENDER SIGNATURE | DOC NUMBER | REFUSED TO SIGN |
|---|---|---|
| Refused to Sign MH | 1179364 | ☒ YES ☐ NO |

| OFFENDER PLEAD GUILTY AT INTERVIEW AND WAIVED RIGHT TO HEARING ☐ YES ☒ NO | OFFENDER SIGNATURE Refused to Sign MH | Right DATE 6.7.23 |
|---|---|---|

| REPORTING STAFF MEMBER SIGNATURE #14425 | Right DATE 6.7.23 | SIGNATURE OF INTERVIEWER 1453 25 |
|---|---|---|

| PRINT NAME OF INTERVIEWER M. Hagood | TITLE COII | STAFF MEMBER I.D. NO. 143375 |
|---|---|---|

MO 931-0396 (5/18)     DISTRIBUTION: ATTACH TO CORRECTIVE ACTION REPORT (MO 931-0086); OFFENDER     PAGE 1

wal lah abum ma abatum



1. Qul yah a u
   hal kafiroon
2. lah abu do
   ma tabudun
3. wa fah antum
   abuma ma ah bud

4 wallah ana abuna
   ah batum
5 wa lahantum abuna
   ma abud

lah kum dinakum wlia

Pg5

- (attachment C) shows the committee using this as a reason to keep me in the hole longer.

- The only person who can denie this judgment is the warden who denied my release from the hole.

- Once let out of the hole. I asked my caseworker Mrs. Byrum about my IRR. (Inmate Resolution Request)

- I told her I filed it in the hole and never heard anything eles about it, that it had been 3 months since I filed the IRR. (first step grievance)

- She looked it up and told me it wasn't in the system only the IRR number.

- She than said "somebody fucked up pretty bad", you are going to have to write the grievance office and ask for a grievance". which I did.

- this (Attachment D) shows I asked for a copy and a response to my complaint.

Case: 2:25-cv-00072-JMB Doc. #: 1 Filed: 09/22/25 Page: 13 of 27 PageID #: 13

**Missouri Department of Corrections**
**Offender Management Information System**
**CLASSIFICATION HEARING FORM**

Page 13        1
Date - 7/14/23

**Institution:** NECC                    **Date of Hearing:** 07 14 2023

**DOC Name:** JAMES  BATTEE                              **DOC ID:** 1179364

**Form:** CLASSIFICATION HEARING FORMS

**Type of Hearing:** AD SEG 30 DAYS

WOULD SIGN IF NOT RESTRAINED

**Offender Signature:** _____

**Committee Chair:** E0134368   ROBERTS, JOSHUA

**Member:**          E0137065   BORDEWICK, JACOB

**Member:**          E0134582   WIEGAND, JACOB

**Superintendent:** E0042747   STANTON, CLAY

**Recommendations:**
    ASSIGN TO GENERAL POP

COMPLETED
JUL 17 2023

**Final Disposition:** APPROVED

**Next Review Date:**

**TEXT from Comments:**
    Reason for Hearing:
    REVIEW FOR BEING ASSIGNED ADSEG PENDING DISPOSITION OF CDV.

    Offender Statement:

    Summary of Findings:
    VIOLATION IS STILL PENDING FROM  5/25/23 . VIOLATION CAN BE TEAMED IN
    GENERAL POPULATION. OFFENDER HAS NO UNWAIVED ENEMIES IN GENERAL POPULATION
    AT NECC.

    Recommendation:
    GENERAL POPULATION
    9A 112T/L21

**Name:** JAMES  BATTEE                              **DOC ID:** 1179364

$$2\sqrt{345}$$

see  21

Attachment
D

# OFFENDER KITE RESPONSE

Offender Name James Battee  Offender Number: 1179364
Housing Unit:  HU 6 C 135   Date Received: 10/31/2023

Your IRR, NECC-23-528, was submitted on 06/29/2023. I am sending you a Grievance form, as that is the next step in the Grievance process. I am also sending a request to the HU 1 Classification staff for them to send me the IRR file and information.

L. LaBon – Grievance Officer



- it also shows my IRR wasn't in the system thats why they would have to try and find the file further hendring me in my right to due process.

- This puts Northeast Correctional Center and all involved parties in violation of my 8th and 14th amendments.

- My 8th amendment was violated when I was sprayed with a chemical agent and then knocked unconsious for no reason. Causing Physical and mental injurys.

- My 14th amendment was violated by the Warden, The director Trevor Foley, investigator Hartwig, and others. When a real investigation was not done into the facts of what happened. As well as continuing to sign off on paper work to keep me in the hole, and attempt to get in the way of my right to due process.

- Note: At my current facility I am only allowed to use the e-filing system at the disuresion of the case worker. (SouthCentral Correctional facility).

### III.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- Busted lip
- Declined Vision
- Post tramatic stress disorder
- Night terrors
- No medical help hAs been provided

4

## IV.    Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. For all parties involved to be fired and Charged with assault as well as pay me 10 million dollars in damages. Because they knew the wrong their officer did and still tried to intimidate and cover up what happened as well as pay for therpy for me. I now have night terrors, PTSD, and cronic migranes which they wont give me any medicine for. and anything eles the court deems nessisary.

## V.    Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes                    [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

Northeast Correctional Center

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes            [ ] No            [ ] Do not know

C.    If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes            [ ] No            [ ] Do not know

If yes, which claim(s)?

That I was assaulted by Captin Austin.

D.   Did you file a grievance in the jail, prison, or other correctional facility where
     your claim(s) arose concerning the facts relating to this complaint?

         Yes                    No

If no, did you file a grievance about the events described in this complaint at any other
jail, prison, or other correctional facility?

         Yes                    No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Northeast Correctional Center

2.   What did you claim in your grievance? (*Attach a copy of your grievance, if
     available*) That I was assaulted by SI Austin

3.   What was the result, if any? (*Attach a copy of any written response to your
     grievance, if available*)

Nothing

6

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

I filed a IRR which was lost by staff so I had to goto the grievance & grievance appeal which were all denied.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. NECC staff deleted my first step to the grievance procedure out of the system which made continuing my procedure slower because there is no copy of it. (IRR)

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

# NORTHEAST CORRECTIONAL CENTER
# WARDEN'S RESPONSE

DATE          11/17/2023
TO:           Battee, James #1179364
CATEGORY:     7) Use of Force
LOG #:        NECC-23-528

**Resident Copy**

Your complaint has been received and reviewed. You claim you were assaulted by CSI D. Austin on 06/07/2023. You are requesting for him to be fired and charged with assault.

Investigation into your complaint has been completed. While conducting a security check of the A-Rec building on 06/07/2023, CSI Austin observed another officer giving you multiple verbal directives to stand up and come with him. You refused to comply with all directives given. CSI Austin himself then also gave you multiple directives to stand up and comply with the directives being given by the officer. You responded by aggressively stating, "What if I don't!", and continued to refuse to follow directives. This resulted in a Use of Force gain control of the situation and to get you to follow the directives.

Investigation also found you were issued a violation for #20.1 – Disobeying an Order for your actions in this incident. At the time of the violation interview, you refused to participate. Therefore, no statement was obtained and no witnesses were requested.

The Disciplinary Hearing for this violation was started on 06/12/2023, by CCMII J. VonBurg. On that date, the hearing was tabled due to an investigation of the incident. The hearing was then restarted on 08/17/2023, by CCMII A. Little, after the investigation had been completed. At that time, you requested no witnesses. You made the statement, "I did nothing wrong." You did not offer any additional information or evidence to support your plea of "not guilty." CCMII Little reviewed and considered all available evidence and information, including any investigation information. You were found guilty of #20.1 – Disobeying an Order. You were given the sanction of D-1 Disciplinary Segregation for 20 days. These findings and sanctions were reviewed and approved by the FUM and Assistant Warden.

The Use of Force was also reported to supervisory staff. Any results or findings of any investigation into this incident will not be shared with offenders, per policy.

Investigation found no evidence to support your Grievance. This issue is considered resolved. No further actions are required.

_____
Warden/Section Head Signature

11/20/__
Date



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

RECEIVED

**INSTITUTION USE ONLY**

GRIEVANCE NUMBER: NECC-23-528       NOV 1 2 2023

CATEGORY: Use of Force       DATE FILED:

NECC
GRIEVANCE

| OFFENDER SECTION - MUST COMPLETE WITH INK | | | | |
|---|---|---|---|---|
| OFFENDER NAME | DOC I.D. | HOUSING UNIT | UNIT | INSTITUTION |
| BATTEE, JAMES | 1179364 | 6C | 135 | NECC |

**OFFENDER GRIEVANCE OR REQUEST**

On 6-7-23 I was assaulted by C/O S I
Austin in A side gym, On campm. I want
him fired and charged with essault.

OFFENDER SIGNATURE

DOC I.D. 1179360      DATE 11-6-23

**CAO OR DESIGNEE RESPONSE**

Requested CNVCAR from HU6 -11-13-23 · Again 11-14-23
Requested UOF from Major's Office - 11-13-23

Resident
Copy      **ORIGINAL**

CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE      I.D NUMBER      DATE

YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE
GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL
WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.

☐ I ACCEPT THIS DECISION      ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3377 (9-22)

**Michael L. Parson**
Governor



2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-751-4099

**Trevor Foley**
**Acting Director**

## State of Missouri
## DEPARTMENT OF CORRECTIONS
*"Improving Lives for Safer Communities"*

$6C - 135$

## Grievance Appeal Response

January 31, 2024

James Battee
Register #1179364
Northeast Correctional Center

RE:   NECC-23-528
      Use of Force
      Received on December 19, 2023
      Reviewed on January 31, 2024

Your signed appeal dated December 17, 2023, has been reviewed. The grievance response you received adequately addressed your complaint. Your complaint claims that excessive force was used against you on June 7, 2023. Your complaint was referred for investigation, and in accordance with Missouri Department of Corrections policy D5-3.2- Offender Grievance, personnel matters will not be released. You have not provided any additional evidence to support your complaint. Your appeal is denied.

Ryan Crews
Deputy Division Director
Division of Adult Institutions

RC/rc



**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE APPEAL**

RECEIVED **INSTITUTION USE ONLY**
GRIEVANCE NUMBER: NECC-23-528
DATE FILED DEC 1 9 2023

| OFFENDER SECTION - MUST COMPLETE WITH INK | NECC | | |
|---|---|---|---|
| OFFENDER NAME Battea, James | GRIEVANCE | DOC ID. 1179364 | INSTITUTION NECC |

REASON FOR APPEAL

On june 7th 2023 I was assaulted in b side gym by
Captin Austin on Camra. I want him fired and charged
with assault, because there was no justification for him
pepper spraying me and punching me in my face knocking
me unconscious. I could escape

| OFFENDER SIGNATURE | DOC I.D. 1179364 | DATE 12-14-23 |
|---|---|---|

**DIVISION DIRECTOR OR DESIGNEE RESPONSE**

| DIVISION DIRECTOR OR DESIGNEE SIGNATURE | | DATE |
|---|---|---|

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|

MO 931-3378 (9-22)

## VI.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

 Yes    No

If yes, state which court dismissed your case and when it was dismissed.  Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

 Yes    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.    Parties to the previous lawsuit

    Plaintiff _____

    Defendant(s) _____

2.    Court (*if federal court, name the district; if state court, name the state and county*)

3.    Docket or case number _____

4.    Name of Judge assigned to your case _____

8

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?

       Yes

       No  (*If no, give the approximate date of disposition*): _____

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

       Yes           No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.    Parties to the previous lawsuit

Plaintiff_____

Defendant(s) _____

2.    Court (*if federal court, name the district; if state court, name the state and county*)

3.    Docket or case number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

9

6.      Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*): _____

7.      What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __9__ day of ___2_____, 20 _25_ .

Signature of Plaintiff _____